United States District Court
Southern District of Texas
**ENTERED**
November 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| NOAH CHRISTOPHER PRUETT, § | |
| § | |
| Plaintiff, § | |
| V. § | CIVIL ACTION NO. 2:25-CV-00036 |
| § | |
| SERGEANT RALPHS, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Mitchel Neurock's Memorandum and Recommendation ("M&R"). (D.E. 15). The M&R recommends that the Court dismiss with prejudice Plaintiff's 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915(A)(b)(1) because it is legally and factually frivolous. *Id.* at 1, 15. The M&R further recommends that the dismissal of Plaintiff's case count as a "strike" for purposes of 28 U.S.C. § 1915(g). *Id.* at 15.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); General Order No. 2002-13. No objection has been timely filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted). The Court determines the timeliness of a document filed by a pro se inmate based on when it is delivered to prison authorities for mailing, postage pre-paid. *See Houston v. Lack*, 487 U.S. 266, 276 (1988).

Plaintiff filed written objections to the M&R. (D.E. 21). Plaintiff's objections were due on August 18, 2025. *See* (D.E. 18, p. 1–2). Plaintiff's objections are dated August 22, 2025—four days after the August 18 due date. (D.E. 21, p. 3). Plaintiff placed his objections in the mail on September 3, 2025—sixteen days after the August 18 due date. (D.E. 21-3, p. 1). Accordingly, the objections are not timely, and the Court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *Wilson*, 864 F.2d at 1221.

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 15). Accordingly, the Court **DISMISSES with prejudice** Plaintiff's § 1983 complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915(A)(b)(1) because it is legally and factually frivolous. (D.E. 1). The Court further **IMPOSES** a "strike" under 28 U.S.C. § 1915(g) and instructs the Clerk to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

A final judgment will be entered separately.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
    November ___, 2025